DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHIE DESAUGUSTE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3531

[June 12, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 13-3078CF10A, 13-3229CF10A, 13-3419CF10A, 13-4064CF10A, 13-4130CF10A and 13-5202CF10A.

Richie Desauguste, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Hart v. State*, 246 So. 3d 417 (Fla. 4th DCA 2018).

MAY, CIKLIN and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***